```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
GORDON JOHNSON,                     :
                                    :
              Plaintiff,            :   06 Civ. 3857(MBM)(DFE)
                                    :
    -against-                       :   ORDER
                                    :
METRO-NORTH COMMUTER RAILROAD,      :
                                    :
              Defendant.            :
------------------------------------X
```

MICHAEL B. MUKASEY, U.S.D.J.

This order confirms decisions taken at a conference on August 18, 2006, as follows:

1. The parties will complete discovery by November 17, 2006. They will submit a pretrial order, proposed voir dire and charge requests by December 8, 2006. The case will be marked trial ready beginning December 11, 2006.

2. The parties will notify the court in writing by August 25, 2006, whether they consent to try this case before a magistrate judge and a jury.

SO ORDERED:

Dated: New York, New York
       August 18, 2006

Michael B. Mukasey,
U.S. District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/06